No. 4428.—MARTÍNEZ, TERCERISTA APLTE., v. ORTIZ, DEMANDANTE APLDO. Y UMPIERRE, DEMANDADO APLDO.—C. D. San Juan. Dic. 6, 1927. La última prórroga concedida al apelante en este caso para presentar la transcripción de la evidencia venció en 7 de noviembre último sin que fuera radicada; no habiéndose radicado tampoco la transcripción del récord, *se desestimó el recurso*. *Cruz* v. *Luiña*, 33 D. P. R. 1008.

No. 4434.—REGO, APLTE., v. QUINTERO, APLDO.—Cobro de dinero. C. D. San Juan. Dic. 8, 1927. Apareciendo de la moción y certificación acompañada la frivolidad del recurso, *fué desestimado*.

No. 4116.—AXTMAYER ET AL., APLTES., v. KÖRBER & CO., INC., ET. AL., APLDOS.— C. D. San Juan. Dic. 12, 1927. Por cuanto el apelante ha dejado de proseguir la apelación con diligencia y ha dejado transcurrir más de noventa días desde la fecha de la apelación sin haber traído la transcripción del récord o de otro modo cumplido con la Regla 59 del Reglamento de este tribunal, se desestima la apelación entablada contra resolución de la Corte de Distrito de San Juan de noviembre 2, 1926, y en su consecuencia se deja sin efecto la orden de este tribunal de diciembre 4, 1926, por la cual se ordenó la suspensión de la ejecución del remate de las fincas objeto de la tercería.

No. 4332.—BROWNE, APLDO., v. PEREIRA, APLTE.—C. D. HUMACAO. Dic. 12, 1927. Apareciendo que la transcripción del record fué radicada en julio 6, 1927 y que el apelante no ha radicado alegato ni pedido prórroga, *se declaró con lugar* la moción en que se solicita la desestimación.